

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2021

No. 04-21-00141-CV

**IN THE INTEREST OF J.L.W., A CHILD**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01086
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant B.O.'s parental rights. This appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

The trial court signed an order of termination on March 15, 2021. Appellant's notice of appeal was due to be filed on April 5, 2021. *See* TEX. R. APP. P. 26.1(b). Appellant's notice of appeal was filed on April 13, 2021. A motion for extension of time to file the notice of appeal was due on April 20, 2021. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26); *see also In re K.A.F.*, 160 S.W.3d 923 (Tex. 2005) (noting *Verburgt*'s application in parental termination cases). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

On June 8, 2021, this court ordered appellant to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. On June 14, 2021, appellant did so. Accordingly, we GRANT appellant's request for an extension of time. Appellant notice of appeal is timely filed.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2021.



Michael A. Cruz,
Clerk of Court